**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michelle Hardin MASSEY,**
**Defendant–Appellant.**

No. 09–6616.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2009.

Decided: July 8, 2009.

Michelle Hardin Massey, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Hardin Massey appeals the district court's order denying her motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006)0001. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Massey,* No. 3:00–cr–00210–GCM–CH–3 (W.D.N.C. Mar. 12, 2009)USCA. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*